**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **OLUTAYO ARIYO,**<br>**Plaintiff**<br><br>**v.**<br><br>**THOMAS JEFFERSON UNIVERSITY MEDICAL COLLEGE**<br><br>**Defendants.** | **Civil Action No. 2:23-cv-02835-NIQA** |

**DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant, Thomas Jefferson University[1], by and through its undersigned counsel, hereby moves for partial dismissal of Plaintiff's First Amended Complaint, with prejudice, under Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that this Court partially dismiss Plaintiff's First Amended Complaint against Defendant, with prejudice, as provided in the submitted form of Order.

Respectfully submitted,

*/s/ Melissa K. Atkins*
Melissa K. Atkins, Esq.

[1] Plaintiff erroneously named "Thomas Jefferson University Medical College" as the Defendant in this matter. There is no such entity affiliated with Thomas Jefferson University. Thomas Jefferson University is therefore the proper defendant in this matter.

Charles L. Shute, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
(215) 665-3146
Attorneys for Defendant,
Thomas Jefferson University

Dated: December 21, 2023