IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLUTAYO ARIYO,** | **:** | |
| **Plaintiff** | **:** | **Civil Action No. 2:23-cv-02835-NIQA** |
| **v.** | **:** | |
| **THOMAS JEFFERSON UNIVERSITY MEDICAL COLLEGE,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLANT**

Plaintiff, Olutayo Ariyo, by and through his undersigned counsels, hereby submits this response to Defendant's Motion for Partial Dismissal of Plaintiff's First Amended Complaint.

WHEREFORE, Plaintiff requests that the Court apply the appropriate statute of limitations for Plaintiff's 42 U.S.C. § 1981 claims and Title VII of the Civil Rights Act of 1964, claims; and adopt Plaintiff's proposed order.

Respectfully submitted,


/s/ Kurt Jung
Kurt Jung, Esq.
kjung@malamutlaw.com
Mark R. Natale, Esq.
Malamut & Associates
mnatale@malamutlaw.com
457 Haddonfield Rd
Cherry Hill, NJ 08002
856-424-1808
*Attorney for Plaintiff*