# CERTIFICATE OF SERVICE

I certify that on January 4, 2024, I served *Plaintiff's Response in Opposition to Defendant's Motion for Partial Dismissal of Plaintiff's First Amended Complaint* and supporting memorandum via ECF filing on the following:

Melissa K. Atkins, Esq.
Partner- Labor and Employment Department
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101

/s/ Kurt J. Jung___

Kurt J. Jung, Esq.
Mark Natale, Esq.
Malamut& Associates, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002