**The Case of Olutayo Ariyo MD**

Plaintiff

Vs
Thomas Jefferson University
Defendant.
Civil Action:
No:2:23-Cv-02835-NIQA

**RE: MOTION TO DISMISS: A Defense**
I, Olutayo Ariyo, Plaintiff in the Olutayo Ariyo MBBS. MBA vs Thomas Jefferson University
**Civil Action : 2:23-Cv-02835- NIQA**
Is confirming that a Document 29 Filed 01/29/2025 by Attorneys to the Defendant was received by me on 01/31/2025,.Attorneys to the requesting a dismissal of above referenced case **without prejudice** on the grounds that Plaintiff had refused to comply with Discovery Matters requested from Plaintiff.
This correspondence is intended giving a notice to the Court that, I , Olutayo Ariyo, Plaintiff is now equally the Pro Se to this case and that for some few days now had been engaged in an on-going discussions with Attorneys to the Defendant , that the non -sending of these Discovery Documents is not intentional.
That delay is not unconnected with what Plaintiff felt of former Plaintiff Attorney Mallamut & Associates Law firm mal-handling of this case , who for about 15 months never helped in requesting TJU Discovery Matters I might be needing, , most especially as I shared with them evidences

the last day I had access into my TJU Official Computer 5.00PM , 6/30/2022 , my last day at work , but unfortunately but was home COVID Bound

That I never had any thought I would be needing any Discovery Matters, but things changed after a highly provocative, condescending , threatening , arm-twisting , highly offensive , derogatory with many untruthfulness trying to defend TJU denying me a requested promotion to a FULL Professor on 6/21/22 , and unpalatable the offer of a promotion to a CLINICAL ASSOCIATE PROFESSOR, mutually agreed to by TJU and me, interpreted a FAVOR in Vice Provost's letter a portrayal of me not deserving, as letter of 6/30/2022 engaged in some unprintable deplorable and offensively condescending comments . Here was an University whose Authority figured STOLE 12 OF MY 17 Years, and what a double jeopardy , TJU weaponizing this as no enough Time-In in Rank in respect to delayed and denied promotions, offer of a Research Associate 1 Position $40000/yr attached stipend made PERMANENT for 8 years a denied $400000 (Four hundred thousand dollars)`in non-commensurate salary, regardless of whatever DESIGNATION (23 YEARS EXPERIENCE AS AT 20005, A MEDICAL DOCTOR , FULL TEACHING RESPONSIBILITIES) same as performed by 2 colleagues, NON BLACK, NON NIGERIANS, both with fewer COMBINED YEARS OF EXPERIENCE less than mine but were paid $90000/yr salary
Recently I made a request of TJU Attorneys for some Initial Discovery Materials were in a large document delivery

format I could not download and communicated latter with TJU Attorneys
Defendant's Attorney then got these on a flash drive which I personally picked up and I am currently working on sent Discovery Documents, even though, depressing, frustrating as these Discovery Documents seemed very irrelevant to my Case and may be as conveyed by Mallamut & Associates to Defendants Attorney ,as such comments of virtually condemned unsuitable to my case but no one was in my shoes, all I know is that any form injustices ,secondary to intentional lies, attempted cover ups,lies , or legalistic weaponization, injustice is always a THREAT TO JUSTICE I know what academia is all about , viz "What have you added to knowledge". My added knowledge no one can ever rubbish. Academia has a spirit and a life its spirit cannot be treated as if statute limited.
In the light of the listed mitigating factors that had made it difficult to responding to Defendants Attorney request and the ongoing mutual cooperativity, I am requesting that the request case be dismissed with prejudice not honored.

Sincerely
Olutayo Ariyo MD., MBA
Plaintiff.
cc- OBERMAYER AND ASSOCIATES