IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLUTAYO ARIYO,** | : | CIVIL ACTION |
| *Plaintiff, pro se,* | : | |
| | : | NO. 23-2835 |
| **v.** | : | |
| | : | |
| **THOMAS JEFFERSON** | : | |
| **UNIVERSITY MEDICAL** | : | |
| **COLLEGE,** | : | |
| *Defendant,* | : | |

## O R D E R

**AND NOW**, this 20th day of March 2025, upon consideration of Defendant's *motion to dismiss for failure to prosecute*, (ECF 29), and Plaintiff's response in opposition, (ECF 30), it is hereby **ORDERED** that the motion is **DENIED**.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] Plaintiff Olutayo Ariyo ("Plaintiff"), currently proceeding *pro se*, commenced this action on July 25, 2023, with a counseled complaint in which he asserts employment discrimination claims premised on an alleged failure to promote and a constructive discharge because of his race and national origin. Notably, during discovery, Plaintiff's counsel withdrew his appearance, and Plaintiff has since proceeded *pro se*.

Before the Court is Defendant's motion to dismiss for failure to prosecute in which Defendant argues that Plaintiff has repeatedly failed to discharge his discovery obligations, including, *inter alia*, failing to respond to a previous Order directing him to serve discovery responses. In his response to the motion, Plaintiff represents that he has and continues to make efforts to respond to Defendant's discovery requests.

A motion to dismiss for failure to prosecute is governed by the factors set forth in *Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863 (3d Cir. 1984): (1) the extent of the party's personal responsibility; (2) the prejudice to the adversary; (3) whether the party has a history of dilatoriness; (4) whether the conduct of the party was willful or in bad faith; (5) the effectiveness of sanctions other than dismissal; and (6) the meritoriousness of the claim.. *Id.* at 868.

After weighing these factors, this Court finds that they weigh against the dismissal of this action. In particular, Plaintiff has provided some, *albeit* incomplete discovery responses, and has shown efforts to litigate this matter without counsel. Accordingly, Defendant's motion to dismiss for failure to prosecute is denied.