OLUTAYO ARIYO
        Plaintiff/pro se.

                                                                               C IVIL ACTION

Vs                                                                               NO,23-2835

THOMAS JEFFERSON UNIVERSITY
MEDICAL COLLEGE

RE: REQUEST TO REPLACE DOCUMENT 5 FILED ON 10/12/23 BY MY FORMER ATTORNEYS,MALLAMUT AND ASSOCIATES WITH MY COMPLAINTS ProSe.

I acknowledge the receipt of a letter dated 3/20/2025 from the Chambers of Hon. Judge NITZA I. QUINONES ALEJANDRO, the dismissal of Defendant Attorneys' Motion requesting a dismissal for my failing to submit some Discovery Documents. I have been waiting for Court's ruling on this motion as its outcome were going to determine if I needed to make a Motion to replace Document 5 filed on 10/23 by my separated former Attorneys, Mallamut and Associates. The said Amended Motion in many ways got so facts wrong, dates misquoted, chronology haphazard , failed to address the most important issue, the traumatic ruining of my academic career from many discriminatory practices ,culminating in the denial of my request for promotion to FULL Professor, despite having met the minimal requirements for the position, had my

academic credentials been subjected to the 3 metrics of Scholarship, Education, and Service underlying faculty promotions, Thomas Jefferson having failed to follow its own personnel protocols.

These multiple vital details Malamut &Associates got wrong might prejudice this case, as the Defendant Attorneys might take advantage of these., viz,

**Line 13.** In 2013, Stephen Peiper, Chairman of the Department of Pathology, Anatomy, and Cell Biology, recommended that Plaintiff be promoted to a Clinical Assistant Professor position. However, despite his recommendation, Defendant denied Plaintiff a promotion. WRONG.

CORRECT.        I became a Clinical Instructor in 2013. Recommendation to be promoted to Clinical Assistant Professor was made in **2015, not** 2013.

 In addition, promotion was NOT denied, but got INAPPROPRIATELY delayed as promotion did not occur until 3 years later in 2018, as a process 1 YR Time In Rank (TIR) turned 5 YRS TIR, a violation of the promotion contract in TJU Faculty Book. 2 Divisional heads had INTENTIONALLY submitted a misleading 2015/2016 students evaluation.


Line 15.      In 2020, Defendant denied Plaintiff's request to be *promoted to Assistant Professor*, while it promoted other similarly situated non-Black and non-Nigerians who had less qualifications than Plaintiff did to the position.  WRONG.

CORRECT. Request was not to be promoted to Clinical Assistant Prof., ***but to Clinical Associate Professor***

**Line 16**.    On June 21, 2022, Defendant denied Plaintiff's request to be promoted to Full Professor but offered Plaintiff a position as *Assistant Professor*. WRONG

CORRECT.  ……but to the position of ***Clinical Associate Professor*** *and not* Assistant Professor

**Line 19**.    On June 30, 2022, Plaintiff retired and was thus constructively discharged and resigned from employment.   I Yes I ***Retired***, not Resigned

Respectfully,
Olutayo Ariyo.