**CHRONICLE OF MY LAST 4 TEARS AT JEFFERSON 2018-2022**

**From:** Olutayo Ariyo <tmajor33@hotmail.com>
**Date:** October 5, 2023 at 11:25:05 AM EDT
**To:** Maria Malone <Maria@malamutlaw.com>
**Cc:** Olutayo Ariyo <tmajor33@hotmail.com>
**Subject: The past 4years AT JEFF.Olu**

# The past 4years AT JEFF.

A synopsis of what I Intend discussing at Zoom Telephone Meeting scheduled for Today 10/5 @ 1.30 PM.

2018-2000
Consistently made a FLOATER until I kicked against this complaining to the Vice-Chairman who outlawed this .

2020-2022.
OF the 6 Professors ,
I was the only one DENIED of being made a Faculty LEAD, nor the opportunity of being SOLE Professor to be in charge of a Quadrant like others.

Above will require to be part of documents to be requested for as part of discovery.

When I volunteered to give a lecture, what an abuse of power, rude, disrespectful being DENIED delivery of this by the THREAD LEADER at the 11th hour. No excuses given.No apologies.

Salary wise
Status wise,
Perverted Abused
Discriminated against

Where was my way forward
Had job interviews with Kaiser Permanente University
I was sought out in a TALENT SEARCH

I was interviewed 5 times.
I had requested the Status of being hired at a FULL Professor Level , but a snag; only if you were an ASSOCITE Professor first.

Even when I approached JEFF to be made a FULL Professor. they declined.
Reasons. No Committee Membership- but JEFF was the one who DISCRIMINATED and never offered me one despite requests to be one. A case of DOUBLE JEOPARDY

TIME IN RANK
8 years, MIS-DESIGNATED a Research Associate while I was classified as one of the Faculty members


DENIED , Rubbished, DELAYED my promotion from submitting a FALSE and misleading Evaluations

Those 2 Events COST me loss of 12 YEARS TIME IN RANK
Again case of DOUBLE JEOPARDY

**<span style="color:red">RENEGING ON OFFER of PROMOTION to ASSOCIATE Professor on 6/21/2022MUTUALLY agreed upon See
Vice Provost's letter of 6/30/22</span>**
to nullify this
. Who is the FOOL to sign my Rights away. What is JEFFERSON AFRAID of?.

Now, can not go back to Kaiser PermanenceMedical School that I have earned as ASSOCIATE Professor Rank as I had promised the DEAN during one of the 5 times I got interviewed


JEFF had not done everything hellish, discriminatory to Step on my ACAdemic Career, but they also MALICIOUSLY PUT a THUMB on my FUTURE CREER. denying me to reap the fruits of my outstanding Academic Career

An MD of 40 years teaching Experience, the one who was ASSIGNED to teach
Final Year Anatomy
REsident Doctors Anatomy
10 Platform presntations , locally, Nationally, Internationally
Invitations by most prestigious Clinical Anatomy Society AACA- American Ass of Clinical Anatomists
Served a JUDGE at National Conferences
Invitation to help grade ABTRACTs submitted for National Conferences

Invited a Judge to determine Best Student Platform Presentation
Yet , JEFF questions my IMPACT level.

**Most painful is JEFF Reneging on offer of Associate Professor so I can go ahead to present this for the FULL Professorship** Status I had assured KP Medical School I would be sharing when I got this.
Jeff had rubbished my PAST and FUTURE Career.

Sent from my iPhone