**EXHIBIT 4**

**EVIDENCE : SHARING WITH MY FORMER LAWYER  INACCESSIBILTY TO MANY VITAL  DISCOVERY DOCUMENTS REQUESTED BY DEFENDANT AND ROLE PLAYED BY DR.SPUDICH VIOLATING CHAIRMAN'S DIRECTIVE**

**From:** Olutayo Ariyo <tmajor33@hotmail.com>
**Date:** August 14, 2024 at 2:35:37 PM EDT
**To:** Kurt Jung <kjung@malamutlaw.com>
**Subject: Re: Answer these documents**

As said much earlier, most of the Documents, e mails, were in my Official Computer. Dr. Spudich surreptitiously made herself unavailable, violated instructions given by Chairman Peiper to work with me and the IT guy so I can download All personal Documents that I needed Again, a diabolical move, highly suspicious   Spudich thinking SHE KNEW more than what are do know.

i have chronologically lay out what this case is all about, from a mis-designation and attempted cover up Jefferson on 06/2019 shamelessly told me they had no RECORDS of me being employed in 2000, having worked part time 1995  to 2005.
Intellectual Theft and Slave era wages.
Listed as a Faculty, did all responsibilities of a Faculty at the Assistant Professor, a period Jff UNDERPAID me to the tune of $400000 in wages and about $80000 in DENIED 403 Contributions contributed to Faculty Retirement.

Teaching schedules and listing me a FACULTY, but miserly payment of $40000/YR  to a MEDICAL DOCTOR of over 20 years' experience
.ABOVE were discussed with Vice Provost and My Taylor , REPRESENTING HR

2013-2018

Nomination intentionally DELAYED Resulted in 4 Years LOSS 9 the equivalent TIME IN RANK between Assistant and ASSOCIATE PROFESSOR. Instructor- to Assistant Prof -the easiest of transition between 2 Ranks
 Humongous loss, financially handicapping, emotionally Traumatic

2019 JAN- Complement of 10PRP, MINIMAL REQUIRED, enough for a Promotion to level of ASSOCIATE Professor Rank.

2020. 16 PRP, 6 more than the 10 required for Associate Professor Rank.

2020:
Denied Request to be PROMOTED to  FULL  Prof-DENIED
Mutually agreed offer of promotion  to ASSOCAIATE PROFESSOR-, 6/21/2022, for asking backdating and back pay, 6/30/2022 would only be granted , giving up my rights as I can not thereafter legally prosecute TJU.
2022 ALL hell got deployed.
HONOR TRAMPLED UPON Academic laurel battered academic Career and promotion.
A sharp knife of a brilliant career.

Attorney,
Apologies
A synopsis