**EXHIBIT 5 : SENDING SOS TO MY FORMER ATTORNEY OF FILING DEADLINE!!!!!**

**From:** Olutayo Ariyo <tmajor33@hotmail.com>
**Sent: Monday, July 17, 2023 11:58:48 AM**
**To:** Maria Malone <Maria@malamutlaw.com>
**Cc:** Mark Natale <mnatale@malamutlaw.com>; fadeyibio@yahoo.com <fadeyibio@yahoo.com>
**Subject:** OF HIGH PRIORITY, DEADLINE TO FILE LAW SUIT AGAINST JEFFERSON UNIVERSITY IMMINENT

Good morning, Maria.
Hope you had a great weekend.
Today 7/17/23 is barely a week off the DEADLINE EEOC granted me to file a lawsuit if I Needed/wanted to.. .
On 5/25/2023 MALAMUT &Associates reached out back to me when I intimated latter of this case and was glad when this prestigious Law-firm agreed to represent me.

Malamut forwarded me the Articles of Agreement which I Docu signed on 6/1/2023,and I have been in constant back and forth interfacing with Malamut &Associates.
I even made a physical stop by MALAMUT &ASSOCIATES. I even took time out to visit the FIRM's HQ Building in Cheryl Hill that housed MALAMUT in the company of a family friend, Attorney OLU FADEYIBI, PhD., JD, LLM.to see if I could personally meet with the Attorney assigned, but was not in Office.
Subsequently, you forwarded the name , e- mail and Phone number to MNATALE JD as the Attorney assigned to my Case

With only these 5 days left to comply with deadline given by EEOC of my right to file a Law suit against Thomas Jefferson University be "FILED 90 DAYS of my Receipt, which was 4/26/2023, and this Right against this case will be LOST if I FAILED TO FILE IN COURT within 90 DAYS opening.

. if I may ask "Is Attorney Natale that much occupied that is preventing him from getting back with me, (except briefly when he called apologizing, he had a Family Emergency as reason a scheduled Meeting did not hold and later another schedule Meeting suffered same fate as you informed me Attorney was at a mediation and would inform him to let him know I had called and left him a voice message, and ask him call me back.

I am getting very nervous
Is there any other Attorney who can really give me the good opportunity and time to freshen up on documents requested my Malamut &Associates that you had acknowledged receiving and passed on to Attorney Natale. I had also forwarded requested documents to the Attorney directly via his E-mail portal.
Please find again attached copy of EEOC final Determination that granted right and when latter is lost if not filed within 90 days of receipt of receiving

PLEASE this requires a very [EEOC FINAL DETERMINATION.docx](#) HIGH PRIORITY consideration.
Thanks.
Olutayo Ariyo MD. MBA.