# EXHIBIT 6: VICE PROVOST'S LETTER OF 6/30/22

From: Karen Novielli «Karen.Novielli@jefferson.edu>
Sent: Thursday, June 30, 2022 1:35 PM
To: Olutayo Ariyo <Olutavo.Arivo @jefferson.edu>
Cc: Stephen Piper <Stephen. Peiper@jefferson.edu>
Subject: Re: My Take of the Zoomed Meeting of 6/21/2022

Dear Dr. Ariyo,

I am in receipt of your e-mail and summary statement. In my position of Vice Dean for Sidney Kimmel Medical College, I have
had oversight of the promotions process in the medical college for at least the last 15 years and am very familiar with the
qualifications for advancement. I would also note that Dr. Peiper also served on the committee for many years.
He and I were both involved in the discussions related to your promotion to Clinical Assistant Professor which was appropriately delayed to resolve

concerns about your teaching effectiveness, the primary milestone for achievement of this rank. This issue does not warrant further debate or discussion.

Dr. Piper and I have also discussed your request to be promoted to Clinical Associate Professor. In consideration of the
milestones for promotion to Clinical Associate Professor, we have concerns about your ability to meet all of the milestones,
most particularly the milestone for external service/impact. Nevertheless, and despite your imminent retirement, we are willing
to put an application forward for promotion. Your application, as with all applications, will need to go through the appropriate committee
process beginning with your departmental committee and culminating in approval by the Board of Trustees. If it is not
approved at any level, it will not advance further. For many reasons, including time in rank and your recent and limited

engagement in external activities in the area of external service/impact, you would not have been eligible for promotion at an

earlier period. Regardless, backdating any promotion is not appropriate nor acceptable and in an effort to be completely Given the tone and content of your recent communications, however, any

agreement to put forward an application for promotion must be contingent on your execution of a general release of claims

against Jefferson and its employees. Additionally, you must understand that there can be no guarantees that your application will result in actual promotion. clear, we will not agree to provide any additional

compensation, as we believe you have been compensated fairly and

equitably throughout your Jefferson employment. Please let me know if you wish to move forward with the promotion process and I'll provide you with the necessary release

document and, following your execution of that document, will coordinate your promotional application with the department.
Karen D. Novielli, MD
Vice Provost for Faculty Affairs

Thomas Jefferson University
Vice Dean for Faculty Affairs and Professional Development
Sidney Kimmel Medical College at Thomas Jefferson University
1020 Walnut Street, Suite 622
Philadelphia, PA 19107
215-955-2361 (phone)
[karen.novielli@jefferson.edu](mailto:karen.novielli@jefferson.edu)

Prof.Novielle's E- mail of 6/30 /2022 : ISSUES ARISING
1.1st time learning why my Promotion  from Clinical Instructor to  Clinical Assistant Prof was delayed  (2013-2018 **inappropriately**  but which TJU said "was **appropriately** delayed

to resolve concerns about your teaching effectiveness, the primary milestone for achievement of this rank. *This issue does not warrant further debate or discussion* **(Latter highly condescending)**

2.TJU- We "believe you have been compensated fairly and equitably throughout your Jefferson employment.
Inference : TJU affirming outcome of 4/19/2019, 6/2019 Meetings with Professor Novielle and Mr.Thomas VP (HR).
TJU found nothing wrong paying an MD of 23-31 years' experience (2005 -2013) $40000/yr salary -other colleagues less experience same duties paid $90000

3. Contingencies placed on Greek Gift 6/21/2022 offer of Clinical Associate Professor, not even guaranteed , but "any agreement to put forward an application for promotion must be contingent on your execution of a general release of claims against Jefferson and its employees".

4." time in rank and your recent and limited engagement in external activities in the area of external service/impact, you would not have been eligible for promotion at an earlier period."
Weaponization of *Time in Rank* when 12 years of my 17 years (2005-2018)in full time teaching had been STOLEN