**Name:**

**Olutayo Ariyo**

**Email Address:**

olutayoariyo99@gmail.com

**Phone Number**

610 931 7383

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA OLUTAYO ARIYO: CIVIL Pro Se No. 2:23-cv-02835-NIQA PLAINTIFF REQUESTS A TRIAL BY JURY THOMAS JEFFERSON UNIVERSITY MEDICAL COLLEGE Defendants

**Case Number**

: CIVIL Pro Se No. 2:23-cv-02835-NIQA

**Description of Document(s)**

Expansive Details Underlying Recent Request For Amendment /Or Total Replacement of Amendment FAC of 10/23/2024. AREPLACEMENT WITH ADDED EXHIBITS

**Terms of Submission**

Yes

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

1016 Yeadon Av

**City:**

Yeadon

**State:**

PA

**Zip Code:**

19050

Show empty values