# PLAINTIFF RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS RELATIVE TO MY EARLY EMPLOYMENT WITH TJU

The defendant stated the following regarding my early employment with TJU: Items 5, 6 &7

5.*From 2005 to 2013, Plaintiff was* ***a full-time Research Associate in TJU****'s Department of Pathology, Anatomy, and Cell Biology. Id.*

*6. In his role as a Research Associate,* ***Plaintiff***

***Conducted research,***

***Performed laboratory work,***

***Assisted with limited lecturing and teaching activities***..

*7****. In June 2013****, Plaintiff* ***was promoted*** *to TJU's faculty as Clinical Instructor of Pathology, Anatomy, and Cell Biology. In this role, he lectured students and guided small-group laboratory sessions, mainly on dissection work. Id.*

Rebuttal.Item.❸

There.can.NEVER.be.a.PROMOTION.an.Research.Associate. promoted.a.Faculty⁇The.Research.Associate.is.a

.Non_Faculty..Instructional.Staff..like.a.Teaching.Associate

A.Clinical.Instructor.is.a.Faculty¡.Both.tracts.are.parallel¡.? Hence..most.disingenuous..any.one.or.Institution.to.concoct. any.relationship.of.a.promotion.between.thos..8.tracts.totally. incongruent.

Research Associate: An individual who participates in the ***research program*** of the University. (TJU Faculty Handbook)

**Research Associate (5.1.2 ) like Teaching Associate (5.5.1.3) are Non-faculty Instructional Staff.**

**My 1st Faculty Appointment was in 1982 (Culled from my CV)**

**07/82- 08/86 Lecturer II Anatomy/Embryology Awolowo University**

**1987-1991 Instructor in Anatomy University of Pennsylvania**

An MD, plus Post Graduate Studies , 2 Publications ( 1 intellectually stolen)l capped with MBA Diploma, would be INSANE looking for a Research Associate job ( a totally alien job) to me). But what a betrayal !!!. Late Prof. Richard Schmidt promised recommending me an Assistant Professor,, a position I knew much qualified for. The University PENNSYLVANIA

was where 1first taught Anatomy in the United States,, took just 6 weeks volunteering assisting 1st Year Medical Students (1986-87), rewarded with appointed an Instructor position from records of my performance, an initial $4000 stipend in 1987/1988, climbing to $10000 by1990/1991 Attached is a copy of Chairman Pepe's remarks.

The Research Position at $40000/yr salary intended to cover officially credentialing (6-12 months max) Accepting the luring , a Greek Gift was the waterloo, as Late Prof. never kept his words, a disastrous beginning - financial turbulence, persecution, a threat to get me dismissed, weaponization of teaching ineffectiveness, scuttled promotion by same Late Prof.Shcmidt, but an angel came along , then incoming Chairman Prof. Peiper investigated peddled lies, sending 2 Professors annonymously to monitor my lecture delivery performance with Very Good and Excellent grades

5.

**Now, as if I am re-living again my experience 20 years ago!!!!! (2005-2025) – It is called PTDS**

SCARED. BAD MEMORIES REENACTED. A BARRAGE OF UNTRUTHFULNESS, stemming from Defendant and Defendant Attorney in broad day- light peddling lies an d untruthfulness, Someone's life is worth more than spinning, or a mischievous ostrich- like behavior ,TJU pretending that was an uaware a Decision maker took a decision, hurtful, destructive, no moral compass or justice.TJU was more worth than a $50000 windfall from an injustice done by an Institutional Authority

empowered figure, TJU looking the other way when I cried out. How were the Vice-Provost and a Vice President Thomas from Human Resources as late as 6/2019 finding amicable way TJU put donning a moral compass hat, but instead after 2 meetings in 2019 requesting what a double JEOPARDY MISDESIGNATING me MD, MBA A Research Associate and a slave-era $40000/yr Salary for TJU through their highly placed Institutional Decision, telling someone who between 2005- had contributed to the training of 4000 Medical Doctors to be told “Dr. Ariyo, Jefferson , does not have any RECORDS of your 2005 hiring?. If I may ask when did the Vice-Provost get to know that I was hired a Research Associate and would have been entitled to know this, afterall TJU fed this information to their Attorney.

Then now this? Un-earthing the hurtful experience of how Tju life destroyed my career. A barrage / artillery of untruthfulness, a frightful spinning by the Defendant as contained items 5 &6 Defendant’s Attorney Statement of undisputed material facts. This appears to be a habitual practice by many decision-makers, blaming the truth. Another grave experience is when on 6/21/2022, TJU denying to promote me to FULL Professor I requested , TJU through the Vice-Provost and I mutually agreed to the offer of a promotion to the Clinical Associate Professor, mere asking for a backdating with backpay, the Vice-Provost made no refence to the ugliness of arm twisting , that offer of a promotion Clinical Associate Professor which even now was not guaranteed, and the award of a promotion has to conditioned on giving up my rightes or coming cap in

hand before the powers that be can merciful, with my cap in hand just because I needed to be a Clinical Associate Professor.

I WOULD BE HAPPIER WITH MY ACADEMIC CAREER AND MY HONOR NOT- RUBBISHED

Above in reference to Items 5&6 in Defendant reference to my Early Years at TJU, viz

5. From 2005 to 2013, Plaintiff was a **full-time Research Associate in TJU's** Department of Pathology, Anatomy, and Cell Biology. And in his role " Plaintiff **conducted research**, **performed laboratory work**, and assisted with ***limited lecturing and teaching activities***

**Which Research?.**

**Which laboratory Work**

**Limited lecturing and teaching activities**

**Limited?,**

**A BREAK DOWN ANALYSIS OF LECTURE HOURS AND GROUPS TAUGHT 2005-2013 WHEN (MIS) DESIGNATED A RESEARCH ASSOCIATE**

In the US, **MD, DO, Ph.D ( MD., Ph.D**) are terminal degrees employed entry level as Assistant Professor in the Preclinical

Sciences. My MBBS degree (MD equivalent in the US) was earned in 1980, from prestigious University of Ibadan, Nigeria. (MY CV)

**AT TJU. (2005- 2013**

**2005-2006**. Was saddled with teaching responsibilities, including teaching the first 2 lectures, anatomy of the Back and Spinal Cord to the freshman Class, Other lectures taught that academic year were Musculoskeletal System (Development of )Anterior Abdominal Wall, Embryology of the Respiratory system and Developmental of the Pharyngeal walls

**(2005-2008**). 6 Lectures X4 = **24 hrs**

**2006-2008**. All above lectures were taught by me

**2008-2010**. Was removed and replaced sequentially from giving the 1st 2 lectures. 2008-2009 Back Anatomy was given by Late Prof. Armenti, while I still taught the spinal cord anatomy.

**2009-2010** – Was removed and replaced by Late Prof. Schmidt who gave both the Back and Spinal Cord lectures

**Reason for Removal and replacement**. Was reliably informed by Prof. Schmidt that Son of TRUSTEE had lamented why their 1st 2 Lectures in Anatomy and Medical Education were giving by a **BLACK MAN**?. 2 White Professors had capitulated to the lamentations of this student. Pedigree should not be a license for such racist comments, but Overt Racism was

Institutionally condoned by the actions of Late Profs. Schmidt and Armenti 2 TJU Divisional Heads and Decision makers.

**2008 -2010** I added 3 lectures teaching Embryology of the Respiratory and that of Pharyngeal Apparatus to Biomedical Graduate Students plus and lecture on the Pelvis to Medical students. **(7 X3= (21 lecture hours)**

**2010-2013** 5 Lectures to Residents in ENT , Maxillofacial, Dermatology and Otolaryngology (**Total 20 lecture hrs)**

2011-2013- Lecture-in Micro Anatomy (Histology)of the Respiratory **system (3 lecture hrs)**

******2 lecture hrs yearly to PT. (2007-2014) 2x 8 =. (16 lecture hours**

****PA (ARCADIA UNIVERSITY **2 lecture hrs yearly to PA (2007-2012)**

**2X6 = 12 Lecture hrs.**

TOTAL – 96 ECTURE HOURS in 8 yrs=. 12 hrs /year

**** **Could have been more years)**

**SUMMARY OF MY JOB (TEACHING) RESPONSIBILITIES DESIGNATED A RESEARCH ASSOCIATE 2005-2013.**

At TJU, between 2005 & 2013 while designated a Research Associated , my contributions to lectures and teacing gave an average of

10/11- Lecture hours, annually

**530** Teaching hours annually

In the US, MD, DO, Ph.D ( MD., Ph.D) are terminal degrees employed entry level as Assistant Professor in the Preclinical Sciences. My MBBS degree (MD equivalent in the US) was

earned in 1980, from prestigious University of Ibadan, Nigeria. (MY CV)

**2005-2006**. Was saddled with teaching responsibilities, including teaching the first 2 lectures, anatomy of the Back and Spinal Cord to the freshman Class, Other lectures taught that academic year were Musculoskeletal System (Development of ) Anterior Abdominal Wall, Embryology of the Respiratory system and Developmental of the Pharyngeal walls

6 Lectures (2005-2008) = 24 hrs

**2006-2008**. All above lectures were taught by me

**2008-2010**. Was removed and replaced sequentially from giving the 1st 2 lectures. 2008-2009 Back Anatomy was given by Late Prof. Armenti, while I still taught the spinal cord anatomy.

**2009-2010** – Was removed and replaced by Late Prof. Schmidt who gave both the Back and Spinal Cord lectures

**Reason for Removal and replacement**. Was reliably informed by Prof .Schmidt that Son of TRUSTEE had lamented why their 1st 2 Lectures in Anatomy and Medical Education were giving by a BLACK MAN?. 2 White Professors had capitulated to the lamentations of this student. Pedigree should not be a license for such racist comments, but Overt Racism was Institutionally condoned by the actions of Late Profs. Schmidt and Armenti 2 TJU Divisional Heads and Decision makers.

**2008/2009 and 2009/2010**

**Lecture hrs. (4** in 2008/2009 and **5,**YR 2009/2010) **=9**

**2008 -2010** Biomedical Graduate Students I added 2 lectures teaching Embryology of the Respiratory and that of Pharyngeal Apparatus to Biomedical Graduate Students plus and lecture on the Pelvis to Medical students. **(2 X3= 6 lecture hours)**

**2010-2013** 5 Lectures to Residents in ENT , Maxillofacial, Dermatology and Otolaryngology (**Total 20 hrs)**

**2011-2013-** Lecture-in Micro Anatomy (Histology)of the Respiratory system **(3hrs)**

**2007-2012-** 6 years

Lectures to PT 2 minimal annually x 6 yrs **= 12**

PA Lectures. 2 annually x6 = **12**

Medical Students (HF&D)- **33 lecture hours/6 years**

Average 5/6 year

Medical students Microanatomy= 3 Lecture hrs.

PT students 14 lecture hrs.

PA students 14 hours

Biomedical Graduate Students = 6 lecture hrs

Resident Doctors = 20 lecture hrs

A total of 90 lectures in 8 years as a Research Associate at TJU

AN average of 11hrs /YR.

What constitute "**assisted with limited lecturing and teaching activities in TJU" .**

TJU defined my responsibilities as **" *assisted with limited lecturing and teaching activitie as in DEFENDANT FACTUAL STATEMENTS***

Nothing can be far from the truth as Defendant tried spinning the role I performed at TJU between 2005 -2013, mis-designated a Research Associate , quotin "**Conducted research, performed laboratory work**, and ***assisted with limited lecturing and teaching activities***

**Teaching Activities**

Medical Students Gross Human Anatomy. =**175 teaching hrs.**

PT/PA Human Gross Anatomy dissection 120 X2

= **240 teaching hrs**

50hrs each teaching in Microscopy and Neuroscience

**100** teaching hrs

Resident Doctors in Gross Anatomy yearly =**15** teaching hours

Average teaching hours about **530 teaching hrs**,

## DR. ARIYO'S TEACHING RESPONSIBILITIES (2005-2013)

- Delivery of **FORMAL LECTURES** to Medical , Physical Therapy, (PT), Physician Assistant (PA) Biomedical Graduate Students and RESIDENT Doctors.
- Laboratory dissection supervision to Medical, PT and PA students (**3 ROUNDS of Human Gross Anatomy dissections**. Most Medical Schools only teach Anatomy to Medical Students)
- Laboratory supervision in Micro-Anatomy, (Histology and Neuroscience to Medical Students only
- Tagging Anatomical structures for Practical Anatomy Exams (Medical, PT, and PA Students
- Proctoring and Invigilating Practical Exams (Medical, PT, PA students
- Grading Practical Exams and collating graded Anatomy Exams. At that period answers were fill in by Hand (Medical, PT,PA Students)
- Participating in Post Exam Staff Meeting
- Assisted in Teaching Embryology lectures to Biomedical Graduate Students.9 Mentoring Assignments. Faculty Members are assigned certain numbers of MENTEES, in which Mentors are to supervise, guide and attend to their different academic needs and challenges throughout the period of Anatomy Teaching.

- Participation in Pre-Dissection "Meeting your Cadavers ( Human Gifts
- Participation in "Remembrance of Life" a farewell emotional Valedictory Memorial farewell thanks to their Human Gifts at the end of the Anatomy Teaching session.
- Attended and participated in both **Divisional and Departmental and FACULTY Staff Meetings (Exhibit 3 ).**

Dr. Ariyo effectively performed ALL above listed responsibilities but continued to receive a compensation at the Research Associate level, a $40000 /yr base compensation

**LIST OF LECTURES I GAVE BETWEEN 2005 and 2013.**

**HUMAN FORM AND DEVELOPMENT (Medical Students)**

1.Anatomy of the Back

2.Anatomy of the Spinal Cord

3.Anterior Abdominal Wall (AAW)

4.Embryology of the Musculoskeletal System (MSS)

5.Embryology of the Respiratory System

6.Embryology of the Gluteal Region

7.Anatomy of the Inguinal Region

8.Anatomy of the Lower Limb

9. Deconstruction and Reconstruction of the Pelvis

10. Embryology of the Pharyngeal Arches

**LECTURES IN MICROANATOMY (Medical Students)**

11. Microanatomy of the Respiratory System (Medical Students)

**Lectures Delivered to BIOMEDICAL GRADUATE SYSTEM**

12. Embryology of the Respiratory System

**13. Embryology of the Pharyngeal Arches**

**<u>Lectures in ANATOMY TO PA (ARCADIA UNIVERSITY) AND PT STUDENTS</u>**

14. Anatomy of the Infra-Temporal Fossa

15. Embryology of the ORAL CAVITY

16. 4 Lectures in Surgical Anatomy HEAD&NECK to RESIDENT DOCTORS

**WHAT ARE JOB RESPONSIBILITIES OF A RESEARCH ASSOCIATE AT TJU.**

Was a brick wall from many quarters including , the Division, Department , Faculty Affairs , my HR Business Partner as to what are the responsibilities of a RESEARCH ASSOCIATE at a Meeting with the FACULTY OMBUDS MAN , latter was was very emphatic "A RESEARCH ASSOCIATE IS NOT ACADEMIC Position and ***CAN NOT GIVE FORMAL LECTURES***

-

These items 5&6 are causing me much distress. Which I could have been saved from relieving this ugliness!!!

Olutayo Ariyo

Signed OLUTAYOARIYO

Pro se litigant.