**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OLUTAYO ARIYO,**<br>*Plaintiff, pro se,*<br><br>**v.**<br><br>**THOMAS JEFFERSON UNIVERSITY MEDICAL COLLEGE,**<br>*Defendant,* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 23-2835** |

**ORDER**

**AND NOW**, this 5th day of June 2025, upon consideration of Defendant's *motion for leave to file a reply and request for extension of time*, (ECF 44), and for good cause, it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, Defendant shall file its reply by June 12, 2025.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*