# PLAINTIFF RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS RELATIVE TO MY EARLY EMPLOYMENT WITH TJU AND DEPOSITION UNDER OATH BY VICE PROVOST ON 5/5/2025

The defendant stated the following regarding my early employment with TJU: Items 5, 6 &7

**5.***From 2005 to 2013, Plaintiff was* ***a full-time Research Associate in TJU****'s Department of Pathology, Anatomy, and Cell Biology. Id.*

**6***. In his role as a Research Associate,* ***Plaintiff***

***Conducted research,***

***Performed laboratory work,***

***Assisted with limited lecturing and teaching activities****..*

*7****. In June 2013****, Plaintiff* ***was promoted*** *to TJU's faculty as Clinical Instructor of Pathology, Anatomy, and Cell Biology. In this role, he lectured students and guided small-group laboratory sessions, mainly on dissection work. Id.*

*Rebuttal Item 7.*

*There can NEVER be a PROMOTION an Research Associate promoted a Faculty,, The Research Associate is a*

***Non-Faculty Instructional Staff*** *like a Teaching Associate*

*A Clinical Instructor is a Faculty. Both tracts are parallel. , Hence most disingenuous any one or Institution to concoct any relationship of a promotion between thos 2 tracts totally incongruent*

Research Associate: An individual who participates in the ***research program*** of the University. (TJU Faculty Handbook)

**Research Associate (5.1.2 ) like Teaching Associate (5.5.1.3) are Non-faculty Instructional Staff.**

My 1st Faculty Appointment was in 1982 (Culled from my CV). EXHIBIT 1)

07/82- 08/86 Lecturer II Anatomy/Embryology Awolowo University NGN

1987-1991 Instructor in Anatomy University of Pennsylvania

2004/2005
Academic Credentials, An MD., MBA Post Graduate Studies , Published, 1 Publications , records of excellence in teaching, Chairman UPENN School of Medicine Chairman Prof.Frank Pepe, would be INSANE looking for a Research Associate job (a totally alien job to me.)
But what a betrayal !!!. Late Prof. Richard Schmidt promised recommending me fort the Assistant Professor rank. a position I knew I was much qualified for. (Not a speculation -as might be advanced by Defendant Attorney.Academia has ist 3 metric of measure- Scholarship, Education and Service.If those metrics are not truthfully adhered- easy to be manipulated when facts are shamelessly manipulated -the case of Olutayo Ariyo Vs TJU where the Vice Provost had determined NO ENOUGHH TIME IN RANK was going to be weaponized to destroy my career-

Here was Prof.Novielle on **6/30/2022.** Commenting on why my Promotion from Clinical Instructor to Clinical Assistant Professor was 4 years delayed , quoting the Vice Provost.“ ***your promotion to Clinical Assistant Professor which was appropriately delayed to resolve concerns about your teaching effectiveness,*** the primary milestone for achievement of this
rank. This issue does not warrant further debate or discussion.

Again on **5/5/2025** to a sworn Deposition, (Item 27 Vice Provosts Deposition Under OATH, 5/5/2025) quoting the Vice Provost “I shared “my concerns with Dr. Ariyo about whether **he meets the criteria for promotion to**

**Associate Professor**, ***particularly his ability to show excellence in teaching,*** which is part of my duty as Dean”>

Dear Professor Novielle, with the much respect I have for you, the above were not shared with me. I hope records of our Zoom Meeting is still as intact as we had

No doubt Prof.Novielle, I am not in any position to challenge your exalted duties as Dean, ***all I will be requesting is for TJU to show EVIDENCES for all these lingering issues of alleged teaching effectiveness the Vice Provost are WEAPONIZING to accomplish a destruction to my academic Career.***

It is important and my right to know those issues/comments/evaluation reports/ peer comments / inuendoes that were the basis for such ***a condescending remarks from TJU.***

1. If after 10 years as Part Time, (1995-2005) my Supervisor Late Prof. Richard Schmidt was still ready to recommend me for a full employment, (even though there was the mystery surrounding the Research Associate Title . ********), but goes to show his confidence in me that I had the skills and competence expected of Full time employee to function competently in the executions of his duties and responsibilities in the Assistant Professor he promised recommending me for in 2005. . Prof. Schmidt was then in a respectable position of of a Vice-Chair, Dept

of Pathology, Anatomy and Cell Biology (PABC ) and Head, Division of Anatomy.

***2.*** The Vice Provost had knowledge of my meetings with the Faculty Ombudsman in the course of the search or what were the responsibilities of a Research Associate that only came up on my PAY stub (**Exhibit.** By the time I finally met the. Faculty Ombudsman, these were ***3 titles on me that were irreconcilable but ran concurrently at TJU between 2005-2013 and to Daefendant Attorney, I was misdesignated a research Associate.***

***I was not that person with an MD., MBA, fulfilled Scientist in lieu of quality publication in reputable Journals who will seek to be a RESEARCH ASSOCIATE.***

***WISH Defendant Attorney asked TJU when I made grieviances on this with Faculty Ombudsman on or about 2010/2011***

***Or the 2 Meetings I had with same Provost and Mr.Thomas in 2019 when TJU shamelessly told me "DR.ARIYO, TJU HAS NO RECORDS OF YOUR 2005 HIRING .***

***Same Prof Novielle in her deposition un dor OATH and TJU claimed I was a hired a RESEARCH ASSOCIATE IN 2005.***

***How come or when did TJU/THE VIVCE PROVOST got to know under Oath "*** *From 2005 to 2013, Plaintiff was* ***a full-***

***time Research Associate in TJU****'s Department of Pathology, Anatomy, and Cell Biology. Id.*

*TJU NEVER SHARED ABOVE INFORMATION WITH ME EVEN AT MY RETIREMENT IN 2022*

***These were my 3 Titles that ran concurrently between 2005 and 2013***

- Research Associate (TJU pay stub)
- Faculty Member when officially introduced to Incoming Freshman's Class by the different Directors and Thread leader (Prof .Schmidt, Prof.Armenti, Dr.Hector Lopez and Thread leader
  Dr. Spudich
- Listed Olutayo Ariyo MD a Faculty member along with other Faculty Members on Handbook Manuals to Students
- Research ASSISTANT Prof., on Official TJU Bulletin.

- I remember I asked the Vice Provost directly what were the Responsibilities of a Research Associate once during Zoom Faculty Departmental Meeting , the other time when the Vice-Provost as a special guest discussing some new Administrative Developments -at a Departmental Meeting she was a quest.

  TJU failed to address many issues that arose from my meetings with the Faculty Ombudsman , except a terse

letter signed, hand delivered to me personally by the Vice Provost in my 263F Office, JAH,
And only tersely addressing "Dr. Ariyo , either within inside or outside TJU, you should not introduce yourself a TJU Faculty Member"..
This was a time any High Performing Organization should have jumped into to protect Organizations exalted name. Jefferson had cultivated and groomed its good name since inception 1842 .May be TJU saw my case as being "intangible", but intangible matters if not well handled are those viewed unimportant, and no doubt should TJU decide, failed not to properly adreess this TRUTHFULULLY, REPENTANTLY addressed this- , may negatively impact Organization reputation. I was no fool, but mindful many had gone and had sacrificed to the niche whereby 10000 applicants compete to receive their medical education, competing for about 300 admitted freshman's Class yearly. Those were built on the sacrifices and dedications of so many. Winning a Case through technical weaponization, telling the UNTRUTH, not any of the Governance for about 11-12 Years NO ONE WITH THE MORAL TERPITUDE OF INTERVIEWING LATE PROF. SCHMIDT, what is this 'BALLONY VIRTUPERATIONS from THAT BLACK MAN"

I AM NOT SURPRISED 2008-2010, I was REMOVED AND REPLACED to appease lamentations from the SON TO A TRUSTEE, the scariness, the ABOMINATION, THE SACRILEGY " a BLACK

MAN with the effrontery the one TEACH OUR 1ST 2 LECTURES IN OUR MEDICAL EDUCATION"

My 1st job was a Medical Trainee, slight a step above the regular Lecturer II, 9 US equivalent of a Faculty at Assistant Professor Rank ( My CV) EXHIBIT 1

That was a STICH IN TIME. That needed extraordinary of high importance , even if to seriously there great issue

If a Research Associate a -nonacademic job, the Faculty Ombudsman, was ILLEGAL to deliver FORMAL lectures ". By this time had. I had delivered over 60-lecture hrs at TJU. The illegality was not seen as important as by 20012,TJU had profited over $350000 profiteering tapping my academic brain power with a peasant wages attached.

WAGES ARE DETERMINED BY EDUCATIONAL BACKGROUND – An MD EXPERIENCE 23-30 YRS I(2005-2012 RESPONSIBILITIES

- Average 12 LECTURE HRS YEARLY
- 520 TEACHING HOURS ANNUALLY

ON A CONSTANT $40000/YR SALARY for 8 Years.

***WHAT ELSE COULD BE INHUMANITY OF MAN TO MAN?.***

***Those 2 colleagues DO NOT HAVE ANY SCHOLARSHIP CLOSE TO MINE***

Defendant Attorney when asked to send me Faculty Salary Scales from 2005-2022. These were referred to as NON-INTELLIGIBLE
Ditto, when I requested for Salary earning of my 2 colleagues,Dr. LOPEZ an d Dr. Guiyun Zhang, same medical degree, less experience and same job responsibilities, these were also referred to as “NON-INTELLIGIBLE”

That an MBBS (MD US equivalent ) had sacrificed earning about $15/hr teaching Anatomy to Medical Students X 10 years can now be subjected to this demeaning designated Research Associate at $40000/yr salary while his NON BLACK, NON NIGERIAN colleagues, less experience, same job responsibilities were paid $90000?.
Definitely a SMOKING GUN.
OVERT DISCRIMINATION .
Differences between those 2 colleagues and myself?.
They both are NON-BLACK.
BOTH NON -NIGERIANS.

May be TJU did not believe my MBB S DIPLOMA were not the Equivalent of MD USA?
May be some at TJU might have con sidered my Medical School, University of IBADAN is not A GOOD MEDICAL School?.

I don’t have to Defen d this. Defendant Attorney has in their Possession my Reference nby Emeritus Prof.Gorstein, past Chairman PACB- “Dr.Ariyo graduated from pPRESTIGIOUS UNIVERSITY OF IBADAN . UPENN Medical School is USA Oldest Medical School in the US; Ditto what Univ of Ibadan is to NIGERIA!!!!!!

**Fast forward –**

4/2/2019 &6/20/2019 I had 2 Meetings with the Vice Provost and Mr. Thomas representing TJU Human Resources
: Issues Discussed.

- Unfair wage compensation and
- irregularities with my academic progress and promotion (1)

This was another opportunity to get TJU administer some justice over mis-designation as Research.
Another opportunity for TJU y to interview and find out from Late Prof to confirm or refute my side of the story and hence allow him to say his own version.
I am not aware if TJU ever had a meeting with Prof. Schmidt on this issue. If they did, not to my knowledge
OUTCOME: Was most shocking when I was told by the duo “Dr. Ariyo, TJU has NO Records on file relating to your 2005 hiring!!!!!!!.

An attempted cover up?,
TJU was again reminded they were owing me $400000 in denied salary from the mis- designation as a Research Associate and the befitting salary

Now comes, Karen D. Novielli, M.D., who, being first duly sworn according to law, deposes and states the following:

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.**

Items 5 & 6 **DSUMF** and Item 8

**DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS. (DSUMF) & DECLARATION OF KAREN NOVIELLI, M.D. (DOKN)**

---

**ON Plaintiff's Early Employment With TJU**

**These are well listed under DSUMF and DOKN**

DSUMF

5. From 2005 to 2013, Plaintiff was a full-time Research Associate in TJU's Department of Pathology, Anatomy, and Cell Biology. *Id.*

6. In his role as a Research Associate, Plaintiff conducted research, performed laboratory work, and assisted with limited lecturing and teaching activities. *Id.*

DOKN Item 9 In this role, he assisted with laboratory work but was limited in other components, such as lecturing and teaching activities.

My questions

DSUMF
DOKN

Plaintiff conducted research.
Assisted with Laboratory work

Performed laboratory work

Assisted with limited lecturing and Teaching activities
Limited in other components such as lecturing and teaching activities,

Rebuttal,
I did not conduct any research
I never assisted with any laboratory work,
Limited Lecturing and teaching activities?, FALSE. UNTRUE
Find attached details of my lectures and teaching activities

In Human Form and Development, listed as one of the faculty members, I was assigned to delivering 6lectures
Total number of lecture hours in HF&D, 65 LECURE HOURS AN AVERAGE OF 6-T lecture hrs/faculty,
How that could be captioned as Limited baffles me
Teaching Activities.

95% of Anatomy is learnt in the dissection room
There were 3 Teaching blocks of Anatomic block dissections

Anatomy Dissection plus Practical Set up
Medical Student s -175 teaching hrs,
Physical Therapy. =125 teaching hrs.
Physician Assistant-125 teaching hrs

Med.Students Lab.practical teaching

Microanatomy- =50 teaching hrs,
Neuro Sciences.= 50 teaching hours

In 6 of 8 Years at least all above ran concurrently
Hence average of 529 TEACHING HOURS.Limited?, TJU needs to share with the Public, their definition of Limited

Above definitions of my work responsibilities is to lie I was a Researcg aSSOCIATE BY ASSERTIN THE WORD lIMITED
.I hope the Vice-Provost is aware, her Deposition was under Oath.
One of my biggest headaches- the much TJU engages in being economical with the truth.May not be general. But trying to spin, bend, truncate or denial are presumptive evidences for discrimination

WEAPONIZATION OF

- Limited/No enough Time in Rank (TIR)

- Concerns about my teaching ineffectiveness
- Limited Impact

Again TJU getting economical with the truth in these areas. It is easy to use subjective parameters that may be individualized, defininitions subjected to unconscious bias, stereotypic, inconsistent promotion decisions, subjective Students evaluation, playing politics, power abuses,

Of the 3 charges above, the most riveting, disrespectful, recurring, inflammatory, demeaning, unsubstantiated egregious, virulent missiles weaponized to delay, cause denial, sometimes a bait through a Greek Gift offer and a mere asking for an offered promotion to be backdated, hell was let loose as a barrage of artillery were discharged,- ***threats, arm twisting, coercion , the most cynical demands that strips an individual of any sense of personal worthiness, a promotion depending on the whims and caprices of some peers I had reported for providing such an hostile working environment. people I don't trust were the persons to vet if I were to earn a promotion, as if promotion were for sale and the need to come with a cap in hand begging***. Regardless of to what extent TJU was determined to strip me academically naked through promise made and got reneged, a discriminating denigratory Research Associate position which was either premeditated or TJU made Late Prof. Schmidt a sacred cow, other powers that be ready to deny me over $600000 I have shown legitimately owed me if only calculated from my academic background and experience and responsibilities.
May be out there were some people out there who may be thinking if I felt OK earning as a Medical Doctor a $15/hr for 10

years Part Time, my rewards was the joy derived from having contributed then to over 2500 MDS' between 1995-2005. Not too fast-It was time to earn an MBA Diploma and make sure I stayed in touch with what I had a passion for- giving back to a Profession I am so proud of. Wish people could know that the basis of all disciplines in Medicine is Anatomy.
Thank you Prof. Peiper, bringing and affording me such opportunity I will always be so much proud off- ***19 PRP in about 6 years***-It is not the number I am excited about , but had used the knowledge of Anatomy applicable to Neurology, Neurosurgery and Stroke, Interventional Cardiology, Anesthesiology and even in the clinical implication of a proximal block the subclavian artery of the aortic arch and how the anatomy of vessels supplying the brain can be useful in temporary salvaging of a bad situation. Glad knowledge of Anatomy that may save a colleague a **liability of over $10 million law suit, that the radial artery may arise higher than normal and become superficial.** Dear my colleagues in the Clinical realms, don't assume it is a vein, **palpate, run away from this when a pulsation is felt superficially in the arm-** It is not a vein, but an artery. Inadvertent drug injection into such an aberrant artery will lead to a ***reactive shut down, a gangrene and possible limb loss,*** This is what it takes to be a Clinical Anatomist-I am sorry some student might have seen/interpreted the length explaining these as a form of rambling as seen in a minor group as negative evaluation comments, ***Such few comments TJU and Vice Provost are weaponizing! To make me an "incompetent Teacher.***

I take serious objections to these as a lingering weapon with NO basis to paint me dark in my professional career.

Here are 2 quotes from the Vice Provost that is chronically lingering!!!!.

(1 ) "Your promotion to Clinical Assistant Professor which was **appropriately delayed** to resolve **concerns about your teaching**

**effectiveness,** the primary milestone for achievement of this rank.

**This issue does not warrant further debate or discussion-**
*latter I find offensive, provocative and stemming out of a*

*misplaced condescending arrogance*

***In her Deposition under Oath, this what was again the negative slurring from the Vice Provost -Weaponizing Concerns for Teaching effectiveness***

Again on 5/5/2025 to a sworn Deposition under oath, (Item 27) , quoting the Vice Provost "I shared my concerns with Dr. Ariyo

about whether he meets the criteria for promotion to Associate Professor, *particularly his ability to show excellence in teaching,* which is part of my duty as Dean. Those comments were made under Oath and hoping the Vice Provost has her evidence for these-fact based and none from those I reported to Faculty Ombudsman for denigrating comments yelling at, Concocting lies that threatened my career with a possible dismissal.

I have a problem with the Vice Provost Deposition as she failed to address a mutually accepted offer a promotion to Clinical Associate Position on 6/21/2022 and my requesting a back dating and back pay, , - then the arm twisting, promotion no longer guaranteed, the coercion almost turning the offer of an Assistant a "do or die" , a demanded cap in hand begging so to be " mercifully dashed mercifully the accolade of a Clinical Associate Professor ***.I personally abhor tampering with the truth. If I don't earn it, then don't award***
Here were the deplorable contingencies and my rights to give up and a legitimate request for the mutually agreed offer a promotion, turns the hand of the Clock to where it began- the calumny of a Greek Gift offer to fleece me to the tunes of hundreds of thousand dollars , a sharp knife of a sharp murderous life at the embryonic phase of my career, and despite all the huddles, the tribulations another Greek Gift, another luring bait and a call for giving up my rights
Time In Rank was again technically weaponized, while TJU determined that 13 years (**2005-2018** ) to becoming A Clinical Assistant were periods of no growth, no maturity in the field hence no place to considered part of my TIR, a "leprotic 13 years created by an "untouchable TJU Decision maker.

.as if my life does not matter. That my life can be reduced to a non- compassionate weaponized technical concrete inflexible interpretational usage of TIR, even TJU Handbook has this to say about ***TIR -IT IS FLEXIBLE***

Your application

Need to go through the appropriate committee

process beginning with

Your departmental committee and

Culminating in approval by the Board of Trustees.

*If it is not approved at any level, it will not advance further*.

**For many reasons including ………… ,” you would not have been eligible for promotion at an**

**earlier period“**

- **Time in rank and**
- **Your recent and limited engagement in external activities**
- **Your recent and limited engagement” “ In the area of external service/impact”,**

.

***YOU must understand that***

***There can be no guarantees that your application will result in actual promotion.***

We will not agree to provide any additional compensation

- *You have been compensated fairly and equitably throughout your Jefferson employment.*

If you wish to move forward with the promotion process and I

- 'Will provide you with the ***necessary release document***
- **" Your execution of that document " ,** **An all or none**

- Karen D. Novielli, MD

*Given the tone and content of your recent communications, however, any agreement to put forward an application for promotion must be contingent on your execution of a general release of claims against Jefferson and its employees.(EXHIBIT 4)*

**6.3 Time in Rank and Track 6.3.1 Time in Rank (From Faculty Handbook)**

Faculty advancement in rank is accompanied by ***the expectation of experience and maturation*** in the discipline in addition to specific criteria and guidelines for advancement. As a general matter, therefore, it is expected that faculty will have a minimum number of years in rank before consideration for promotion to the next rank. These minimal standards for years in rank are outlined below. ***In exceptional circumstances, and with approval of the Provost, faculty may be considered for promotion in rank without having achieved minimal time in rank.***

MY EARLY YEARS AT TJU

Items 5&6 in Defendant reference to my Early Years at TJU, viz

5. From 2005 to 2013, Plaintiff was a **full-time Research Associate in TJU's** Department of Pathology, Anatomy, and Cell Biology. And in his role " **Plaintiff conducted research,** performed laboratory work, and assisted with *limited lecturing and teaching activities*

Which Research?.

Which laboratory Work?,

Limited lecturing and teaching activities

Limited?,

A BREAK DOWN ANALYSIS OF LECTURE HOURS AND GROUPS TAUGHT 2005-2013 WHEN (MIS) DESIGNATED A RESEARCH ASSOCIATE

In the US, **MD, DO, Ph.D ( MD., Ph.D**) are terminal degrees employed entry level as Assistant Professor in the Preclinical Sciences. My MBBS degree (MD equivalent in the US) was earned in 1980, from prestigious University of Ibadan, Nigeria. (MY CV)

**AT TJU. (2005- 2013**

**2005-2006**. Was saddled with teaching responsibilities, including teaching the first 2 lectures, anatomy of the Back and Spinal Cord to the freshman Class, Other lectures taught that academic year were Musculoskeletal System (Development of )Anterior Abdominal Wall, Embryology of the Respiratory system and Developmental of the Pharyngeal walls

**(2005-2008**). 6 Lectures X4 = **24 hrs**

**2006-2008**. All above lectures were taught by me

**2008-2010**. Was removed and replaced sequentially from giving the 1st 2 lectures. 2008-2009 Back Anatomy was given by Late Prof. Armenti, while I still taught the spinal cord anatomy.

**2009-2010** – Was removed and replaced by Late Prof. Schmidt who gave both the Back and Spinal Cord lectures

**Reason for Removal and replacement**. Was reliably informed by Prof. Schmidt that Son of TRUSTEE had lamented why their 1st 2 Lectures in Anatomy and Medical Education were giving by a **BLACK MAN**?. 2 White Professors had capitulated to the lamentations of this student. Pedigree should not be a license for such racist comments, but Overt Racism was Institutionally condoned by the actions of Late Profs. Schmidt and Armenti 2 TJU Divisional Heads and Decision makers.

**2008 -2010** I added 3 lectures teaching Embryology of the Respiratory and that of Pharyngeal Apparatus to Biomedical Graduate Students plus and lecture on the Pelvis to Medical students. **(7 X3= (21 lecture hours)**

**2010-2013** 5 Lectures to Residents in ENT , Maxillofacial, Dermatology and Otolaryngology (**Total 20 lecture hrs)**

2011-2013- Lecture-in Micro Anatomy (Histology)of the Respiratory **system (3 lecture hrs)**

****2 lecture hrs yearly to PT. (2007-2014) 2x 8 =. (16 lecture hours**

****PA (ARCADIA UNIVERSITY **2 lecture hrs yearly to PA (2007-2012)**

**2X6 = 12 Lecture hrs.**

**TOTAL – 96 ECTURE HOURS in 8 yrs=. 12 hrs /year**

**** **Could have been more years)**

**SUMMARY OF MY JOB (TEACHING) RESPONSIBILITIES DESIGNATED A RESEARCH ASSOCIATE 2005-2013.**

At TJU, between 2005 & 2013 while designated a Research Associated , my contributions to lectures and teaching gave an average of

10/11- Lecture hours, annually

**530** Teaching hours annually

In the US, MD, DO, Ph.D ( MD., Ph.D) are terminal degrees employed entry level as Assistant Professor in the Preclinical Sciences. My MBBS degree (MD equivalent in the US) was earned in 1980, from prestigious University of Ibadan, Nigeria. (MY CV)

**2005-2006**. Was saddled with teaching responsibilities, including teaching the first 2 lectures, anatomy of the Back and Spinal Cord to the freshman Class, Other lectures taught that academic year were Musculoskeletal System (Development of ) Anterior Abdominal Wall, Embryology of the Respiratory system and Developmental of the Pharyngeal walls

6 Lectures (2005-2008) = 24 hrs

**2006-2008**. All above lectures were taught by me

**2008-2010**. Was removed and replaced sequentially from giving the 1st 2 lectures. 2008-2009 Back Anatomy was given by Late Prof. Armenti, while I still taught the spinal cord anatomy.

**2009-2010** – Was removed and replaced by Late Prof. Schmidt who gave both the Back and Spinal Cord lectures

**Reason for Removal and replacement**. Was reliably informed by Prof .Schmidt that Son of TRUSTEE had lamented why their 1st 2 Lectures in Anatomy and Medical Education were giving by a BLACK MAN?. 2 White Professors had capitulated to the lamentations of this student. Pedigree should not be a license for such racist comments, but Overt Racism was Institutionally condoned by the actions of Late Profs. Schmidt and Armenti 2 TJU Divisional Heads and Decision makers.

**2008/2009 and 2009/2010**

**Lecture hrs. (4** in 2008/2009 and **5,**YR 2009/2010) **=9**

**2008 -2010** Biomedical Graduate Students I added 2 lectures teaching Embryology of the Respiratory and that of Pharyngeal Apparatus to Biomedical Graduate Students plus and lecture on the Pelvis to Medical students. **(2 X3= 6 lecture hours)**

**2010-2013** 5 Lectures to Residents in ENT , Maxillofacial, Dermatology and Otolaryngology (**Total 20 hrs)**

**2011-2013-** Lecture-in Micro Anatomy (Histology)of the Respiratory system **(3hrs)**

**2007-2012-** 6 years

Lectures to PT 2 minimal annually x 6 yrs **= 12**

PA Lectures. 2 annually x6 = **12**

Medical Students (HF&D)- **33 lecture hours/6 years**

Average 5/6 year

Medical students Microanatomy= 3 Lecture hrs.

PT students 14 lecture hrs.

PA students 14 hours

Biomedical Graduate Students = 6 lecture hrs

Resident Doctors = 20 lecture hrs

A total of **90** lectures in 8 years as a Research Associate at TJU

AN average of 11hrs /YR.

What constitute "**assisted with limited lecturing and teaching activities in TJU" .**

TJU defined my responsibilities as ***" assisted with limited lecturing and teaching activitie as in DEFENDANT FACTUAL STATEMENTS***

Nothing can be far from the truth as Defendant tried spinning the role I performed at TJU between 2005 -2013, mis-designated a Research Associate , quotin "**Conducted research, performed laboratory work**, and ***assisted with limited lecturing and teaching activities***

**Teaching Activities**

Medical Students Gross Human Anatomy. =**175 teaching hrs.**

PT/PA Human Gross Anatomy dissection 120 X2

= **240 teaching hrs**

50hrs each teaching in Microscopy and Neuroscience

**100** teaching hrs

Resident Doctors in Gross Anatomy yearly =**15** teaching hours

Average teaching hours about **530 teaching hrs**,

## DR. ARIYO'S TEACHING RESPONSIBILITIES (2005-2013)

- Delivery of **FORMAL LECTURES** to Medical , Physical Therapy, (PT), Physician Assistant (PA) Biomedical Graduate Students and RESIDENT Doctors.
- Laboratory dissection supervision to Medical, PT and PA students (**3 ROUNDS of Human Gross Anatomy dissections**. Most Medical Schools only teach Anatomy to Medical Students)
- Laboratory supervision in Micro-Anatomy, (Histology and Neuroscience to Medical Students only
- Tagging Anatomical structures for Practical Anatomy Exams (Medical, PT, and PA Students
- Proctoring and Invigilating Practical Exams (Medical, PT, PA students
- Grading Practical Exams and collating graded Anatomy Exams. At that period answers were fill in by Hand (Medical, PT,PA Students)
- Participating in Post Exam Staff Meeting
- Assisted in Teaching Embryology lectures to Biomedical Graduate Students.9 Mentoring Assignments. Faculty Members are assigned certain numbers of MENTEES, in which Mentors are to supervise, guide and attend to their different

academic needs and challenges throughout the period of Anatomy Teaching.

- Participation in Pre-Dissection "Meeting your Cadavers ( Human Gifts
- Participation in "Remembrance of Life" a farewell emotional Valedictory Memorial farewell thanks to their Human Gifts at the end of the Anatomy Teaching session.
- Attended and participated in both **Divisional and Departmental and FACULTY Staff Meetings (Exhibit 5 ).**

Dr. Ariyo effectively performed ALL above listed responsibilities but continued to receive a compensation at the Research Associate level, a $40000 /yr base compensation

**LIST OF LECTURES I GAVE BETWEEN 2005 and 2013.**

**HUMAN FORM AND DEVELOPMENT (Medical Students)**

1.Anatomy of the Back

2.Anatomy of the Spinal Cord

3.Anterior Abdominal Wall (AAW)

4.Embryology of the Musculoskeletal System (MSS)

5.Embryology of the Respiratory System

6.Embryology of the Gluteal Region

7.Anatomy of the Inguinal Region

8.Anatomy of the Lower Limb

9. Deconstruction and Reconstruction of the Pelvis

10. Embryology of the Pharyngeal Arches

**LECTURES IN MICROANATOMY (Medical Students)**

11. Microanatomy of the Respiratory System (Medical Students)

**Lectures Delivered to BIOMEDICAL GRADUATE SYSTEM**

12. Embryology of the Respiratory System

**13. Embryology of the Pharyngeal Arches**

**Lectures in ANATOMY TO PA (ARCADIA UNIVERSITY) AND PT STUDENTS**

14. Anatomy of the Infra-Temporal Fossa

15. Embryology of the ORAL CAVITY

16. 4 Lectures in Surgical Anatomy HEAD&NECK to RESIDENT DOCTORS (EXHIBIT 6 )

**WHAT ARE JOB RESPONSIBILITIES OF A RESEARCH ASSOCIATE AT TJU.**

Was a brick wall from many quarters including ,the Division, Department , Faculty Affairs , my HR Business Partner as to what are the responsibilities of a RESEARCH ASSOCIATE at a Meeting with the FACULTY OMBUDS MAN , latter was was very emphatic "A RESEARCH ASSOCIATE IS NOT ACADEMIC Position and *CAN NOT GIVE FORMAL LECTURES*

Iam hoping Defendant Attorney can extract the TRUTHFULNESS OF UNTRUTHFULNESS IN THE CASE OF OLUTAYO ARIYO VS TJU.

IN 2019. TJU SAID THEY HAD NO EVIDENCE OF MY HIRING IN 2005.

HOW COME ON 5//5 2025 FROM A SWORN TO AFFIDAVIT THATI was hired a RESEARCH ASSOCIATE IN 2005?.

LET DEFENDANT ATTORNNEY AND TJU BRING THIS ON. HERE LIES THE TRUTH OF THE DISASTER THAT PLAGUED MY ACADEMIC PROGRESS AT TJU.

I HAVE ATTACHED 2015/2016. 2016/2017 EVALUAATIONS THAT PERTAINED TO ME-THOSE COMMENTS FROM THE DISSECTION ROOM that showed average 90% POSITIVE Approval Rating

APPROVAL EVALUATION RATINGS FROM FINAL YEAR STUDENTS -AVERAGE 85 POSITIVE APPROVAL RATING. 95% POSITIVE APPROVAL RATING ON CLINICAL ANATOMY

100% PERFECT SCORE FROM RESIDEN TS

Sloganeering has no room as these are proferred pretex to DISCRIMINATE

Zr. Zhang rose from Assistant to FULL PROFESSOR IN 9 YEARS

She had fewer scholarship

I had 19PRP between 20113-2022

All 19 FIRST AUTHOR

Dr.Zhang probably 6-8, may be 2 or 3 as 1ST AUTHOR

I had 17 ACCEPTED ABSTRACTS

Dr. Zhang had may be 8-9

I had over 12 International Invitations

She had NONE

Marketed TJU in 4 CON TINENTS.

She only did this in the US

I HAD IN INVITATIONS TO PRESENT AT

- American Ass of Clinical Anatomist AACA
- British- ACA
- Anatomic Society of England
- European -ACA
- Australia New Zealand -ACA

Dr. ZHANG only had invitations from ONLY

- American Association of ANATOM ISTS
-

REQUESTING DR.Zhangs CV, Defendant Attorney would see this as “NON INTELLIGIBLE.

Where is this idea of Plaintiff with NO SUPPORTIVE DOCUMENTS?..

LET TJU BRING OUU THEIR EVIDENCES

SERVICE-At the Peak of COVID, STAYED B ACK to do Face-Face Teaching all COVID PROTOCOLS ADHERED TO MY THE STUDEN TS AND ME, dissecting ahead, they came in in Small Groups to where ANATOMY IS BEST TAUGHT AND LEARNT. I WAS 69-70 YEARS, 6 months away for BILATERAL knee Replacement.

That was optimum Sacrifice-MY life on the Line. Well, was her choice to remotely teach . THE ULTIMATE DEDICATION. That was me

FINALLY, I NEVER SAID I RESIGNED. I VOLUNTARILY RETIRED.

I Started chasing after TJU to attend to me, but the VICE PROVOST ran the time out on me I initiated the idea of TJU please , please, please, let us meet to perform my EVALUATION.

WAS PREMEDIDATED B Y TJU NOT TO MEET WITH ME TILL 9 days to my RETIREMENT.

OBVIOUSLY, PREMEDITATED,

TJU was determined to weaponize 2 issues-
INEFFECTIVENESS IN TEACHING

INTERPRETATION AND USAGE OF A NON FLEXIBLE, HIGHLY DISIN GENIOUS HALF THRIUTHS- SUCH MANY MONSTROUS BEING ECONOMICAL WITH THRUTHFULNESS

Olutayo Ariyo

Signed OLUTAYOARIYO

Pro se litigant.