# Respiratory Anatomy

Olutayo Ariyo MBBS., MBA

SKMC @ Thomas Jefferson University.

2017

Outlining:

- The major anatomical and functional regions of the respiratory system

- Emphasis on changing microanatomy as related to function

- Brief introduction to Respiratory Diseases and Etiology

# Respiratory System

Provides for exchange of $O_2$ and $CO_2$ to and from the blood.



2 functional components

Air- conducting  **(Blue)**

**(**From nasal cavities to Terminal bronchiole)

**Respiratory portion - Yellow**

**(From respiratory bronchiole to alveoli)**

# Composition of the Conduction and Respiratory Portions

## Conducting portion ( Air conduction and conditioning)

- Nasal cavities
- Pharynx
- Larynx
- Trachea
- Bronchi
- Bronchiole
- Terminal bronchiole



## Respiratory portion (For gaseous exchange)

- Respiratory bronchioles
- Alveolar ducts
- Alveoli



Source: Anthony L. Mescher: Junqueira's Basic Histology, 14th Edition.
www.accessmedicine.com
Copyright © McGraw-Hill Education. All rights reserved.



# Ventilating Mechanism (VM)

**VM- Moves air through the lungs  (Inflow (Inspiration) -  Outflow (Expiration)**

- Thoracic  cage
- Intercostal muscles
- Diaphragm
- Elastic connective tissue
  of lung tissue



# Pulmonary Defense System

## Natural

1. Physical integrity of covering epithelium

2. Secretions

3. Ciliated cells

## Acquired

4. Lymphocytes  and inflammatory cells aggregates



BALT   ( Bronchus Associated Lymphatic Tissue)

MALT  (Mucosa Associated Lymphatic Tissue) As Waldeyer's ring in Nasopharynx

- Secondary lymphoid structures, where most lymphocytes are activated by antigen presentation

# Nasal cavity and Nasal Septum

- Humidification

- Conduits for air movement

- Filtration of dust particles

- Moisturizing

Secrections from seromucous
and goblet cell

   -traps particulate and gaseous
    air impurities

- **Concha and air turbulence \*\*\***



# Regions of the Nasal Septum



Olfactory tract

Olfactory bulb

Olfactory receptor cells

Cribriform plate of ethmoid bone

Olfactory epithelium

Vestibule

Respiratory

Olfactory

Source: Mescher AL: *Junqueira's Basic Histology: Text and Atlas,*
*12th Edition:* http://www.accessmedicine.com

# 3 Regions of the Septum and their Epithelial Lining

## 1. Vestibule

External lining
• General body skin (Stratified squamou
keratinized)

Internal lining
• Non keratinized squamous

## 2. Respiratory

• PCCE
• Rich superficial venous plexus
• Lamina propria
• Connective tissue
• Seromucous glands

## 3. Olfactory area



Vestibule

Source: Mescher AL: *Junqueira's Basic Histology: Text and Atlas, 12th Edition:* http://www.accessmedicine.com

# Olfactory Epithelium





4 major cell types
1. Basal

2. Immature (differentiating)

3. Mature olfactory neurons
   (polarized)

4. Supporting
   (Sustentacular cells)

## Bowman gland secretions
- Odorous-binding Protein (OBP)
- Lyzozyme and IgA

A specialized region of the mucous membrane covering the superior conchae
at the roof of the nasal cavity.

# Paranasal sinuses

- Frontal
- Maxillary
- Ethmoid
- Sphenoid

- Lined by thinner respiratory epithelium
- Fewer glands

- Communicate with the nasal cavities through small openings;
- Mucus produced moved into the nasal passages by the activity of the ciliated epithelial cells.

# Epithelial Coverings Of Paranasal Sinuses, Nasopharynx



- Nasopharynx -   PCCE

- Oropharynx   -  Non keratinizing  squamous

- Laryngopharynx

  PCCE  except  over true vocal cord region

  of the larynx

# Laryngeal Epithelium  and Reinke's Space

Pseudostratified  columnar ciliated

except

Region of true vocal cord (VC)

- No seromucous glands

Epithelium of true vocal cord

- <span style="color:red">Stratified squamous</span>

- Reinkes space in lamina propria

- Rich in mast cells





- LV-Laryngeal vestibule surrounded by seromucous glands.
- VF-Vestibular fold  contains seromucous gland. MALT
- VC- Vocal cord, covered by STRATIFIED squamous epithelium

G-Glands-in laryngeal vestibule (LV)          L –Lymphoid nodules



# Trachea

- Hollow organ with 3 basic layers

    - Mucosa

    - Submucosa

    - Adventitia

- No distinct muscularis mucosae



E=epithelium

Submucosa

Hyaline cartilage +fibroelastic
layer = Adventitia

1,000 µm

# MA of the Trachea







- About a dozen C-shaped rings of hyaline cartilage
- Open ends point posteriorly bridged by Trachealis muscle

# Respiratory epithelium

## Has 5 major cell types;

- Ciliated
- Goblet cell
- Brush cells   -(chemosensory receptor)
- Small granule cells of Kulchisky
- Basal cells- mitotically active progenitor –

gives rise to other epithelial cell types.



Source: Anthony L. Mescher: Junqueira's B
14th Edition.
www.accessmedicine.com
Copyright © McGraw-Hill Education. All rigl

# Trachea and Primary Bronchus



Source: Mescher AL: Junqueira's Basic Histology: Text and Atlas, 12th Edition: http://www.accessmedicine.com

Copyright © The McGraw-Hill Companies, Inc. All rights reserved.

Pseudostratified Columnar Ciliated with Goblet Cell

- Thick basement membrane (BM)

- Round cells at basement membrane are stem cells

- Goblet cell (G) - mucus traps airborne particles

- Intraepithelial lymphocytes

- Cilia (C)

- Well vascularized (V) lamina propria

# Trachea - Submucosa



- Smooth muscle

- Seromucous glands

  -  (serous dominance)

- Collagen

- Elastic fibers

- MALT  (Mucosa Associated Lymphoid nodules)**

- **Aggregates  occur more proximal portion of bronchial tree

Trachea - Cilia



Central pair of microtubules
Surrounded
9 peripheral microtubular
pair that are inserted into
basal bodies.

FUNCTION.
- Rapid back-and-forth movements
- Coordinated
- Propel fluid and suspended matter in one direction.

Movement

Activity of ciliary dynein
present on the peripheral
microtubular doublets
to have about 250 cilia.

# Trachea and Bronchial Tree Anatomy



# Tracheo- Bronchial-Bronchiolar Tree



# Secondary Bronchus -Intrapulmonary



- Irregular cartilaginous plates   (Arrows)

As we go down the bronchial tree
- Cartilaginous plates become more irregular(disorganized)



# Bronchial Wall

Large                                          Small



- **E-Epithelium PCC**
- Few Goblet cells
- LP= Lamina propria with distinct muscle layer
- Submucosa part of supportive hyaline cartilage (C)

- **Epithelium- columnar**
- Smooth muscle in lamina propria + small glands (G)

# Tertiary Segmental Bronchus
## (Primary- Secondary- Tertiary subdivisions)

- Supplies a pulmonary lobe-a bronchopulmonary segment
- Each with its connective tissue capsule and blood supply)



- Seromucous glands (G)
- Folded lining epithelium (E) from contraction of its smooth muscle (SM)
- Surrounded by lung tissue (LT)

Source: Mescher AL: *Junqueira's Basic Histology*, 13th Edition: www.accessmedicine.com
Copyright © The McGraw-Hill Companies, Inc. All rights reserved.

# From Bronchus to Bronchiole



Continuous subdivisions of bronchi eventually yields the bronchioles

Bronchiole  (1mm or less in diameter)

- No Glands
- No cartilaginous plates

# Bronchioles (Large  -  Small)



Source: Mescher AL; Junqueira's Basic Histology, 13th Edition: www.accessmedicine.com
Copyright © The McGraw-Hill Companies, Inc. All rights reserved.

LARGE BRONCHIOLE

- **L**-Lymphocytes as MALT

- High elastic fibers in Smooth muscle

SMALL BRONCHIOLE

- Epithelium-**Simple cuboidal**

- Several layers of Smooth muscle

- Folded respiratory epithelium
- Lack cartilage and glands

# Comparing- Bronchus Vs Bronchioles



Source: Mescher AL: *Junqueira's Basic Histology*, 13th Edition: www.accessmedicine.com
Copyright © The McGraw-Hill Companies, Inc. All rights reserved.

**Tertiary bronchus**

- **Cartilaginous plates (**C)
- Glands   -(G)

**Large Bronchiole**

- No plates
- **No Glands**

**Small Bronchiole**
Cuboidal epithelium

# Terminal Bronchiole

- The last parts of the air conducting system before the sites of gas exchange appear are called the terminal bronchioles(**\*\*\***)





# From Terminal bronchiole –Alveoli

## Branching relationship



Terminal bronchiole (*)

Respiratory bronchiole (**)

Alveolar duct (***)

Alveoli (****)

Note extensive network of capillaries surrounding each alveolus

# Terminal Bronchiole





- No cartilage
- No mucus glands

EPITHELIUM

- Simple columnar transitioning into
- Simple cuboidal

- Distinct muscularis mucosae**

# Terminal Bronchiole & Clara Cells

## (Exocrine bronchiolar cells)

<u>Epithelium</u>

• Mucosa with non-ciliated cuboidal with Club cells (Clara cells)



• Detoxification (P450 Enzymes)
• Stem Cells

Exocrine bronchiolar or Club cells with apical granules



• Secretes surfactant

• Apical dome-shaped protrusion

• 80% of cell population of terminal bronchiole

# Terminal bronchiole vs  Respiratory bronchiole

- The respiratory bronchiolar mucosa resembles that of the terminal bronchioles, except for having a few openings to alveoli where gas exchange occurs.
-  Alveoli -responsible for the spongy structure of the lungs
- About 200 million alveoli

  

Source: Anthony L. Mescher: Junqueira's Basic Histology,
14th Edition.
www.accessmedicine.com
Copyright © McGraw-Hill Education. All rights reserved.

A –alveolus
RS-respiratory bronchiole
AS-alveolar sac
AD-alveolar duct

# Terminal bronchiole – Alveoli (2)



**Transition Zone**

Wall of the terminal bronchiole - NOT associated with alveoli

Wall of respiratory bronchiole  - Associated with alveoli

# Alveolar Duct and Alveoli



**Alveolar duct**
- Distal to respiratory bronchiole

Characteristic
- Smooth muscle knobs  bulging into the lumen

**Alveoli**
- Smooth muscle knobs disappear in the alveoli

Lining with extremely attenuated squamous cells

# Pneumocytes
# (Alveolar epithelial cells)



2 cell types

Type I –(Gaseous Exchange

Type II
(Secretes surfactant)

# Type I pneumocytes





- 40% of epithelial cell population

- Lines 90% of the alveolar surface

# Type II Pneumocytes

## Type II or Septal cells



- Granular

- Roughly cuboidal

- Surfactant production

- Can differentiate into Type I

- 60% of epithelia cells population.

- 5- 10% of alveolar surface area
- Type II cells often occur in groups of two or three at points where two or more alveolar walls unite.

# Prematurity and IRDS

In prematurity:

- Deficiency in both the amount and composition of surfactant
- Infant respiratory distress syndrome **(IRDS)** (leading cause of death in premature babies

Management

- Exogenous surfactant.

# Additional Cells of Alveolar Septa



**Fate of alveolar macrophages**
- Migrate into bronchioles
- Mucociliary escalator for removal in pharynx
- Exit lung in lymphatic drainage

• Some remain in interalveolar septal CT.
- Active alveolar macrophages vs type II pneumocytes
  Slightly darker
- Dust and carbon from air and complexed iron
  (hemosiderin) from erythrocytes

- Alveolar
  macrophages
  (Big eaters, dust cells )

• Fibroblasts

• Mast cells

# Respiratory Membrane or Blood-Air barrier

Air in the alveoli is separated from capillary blood by three components referred to collectively as the respiratory membrane or **blood-air barrier**

Alveolar walls. TEM



Alveolar

Blood-Air barrier

Capillary

Fused basal lamina

Alveolar Type 1 cells

- Two or three highly attenuated, thin cells lining the alveolus
- The fused basal laminae of these cells and the endothelial cells of capillaries, and
- The thin capillary endothelial cells.

Source: Mescher AL: Junqueira's Basic Histology, 13th Edition: www.accessmedicine.com
Copyright © The McGraw-Hill Companies, Inc. All rights reserved.

# Synthesis and secretion of surfactant by a type II cell.







**Surfactant**

• Protein-lipid complex (RER-Golgi Complex)

• Secreted continuously by exocytosis

• Lamellar bodies containing newly synthesized pulmonary surfactant**

# Schematic Organization of The Lung




- Interalveolar septum
- Capillaries
- Connective tissue
- Capillaries
- Alveolar pores
- Macrophages
- Type I pneumocytes
- Type I I pneumocytes

**Alveolar pores** (of Kohn), ranging 10-15 μm in diameter, penetrate the interalveolar septa and connect neighboring alveoli that open to different bronchioles.

- Pores equalize air pressure in these alveoli
- Permit collateral circulation of air if a bronchiole becomes obstructed.

Clinical Applications 1

**Toxins**

- Cigarette smoking & Industrial pollution - ⟶ Immobilizes Cilia ⟶ Failure to clear mucus ⟶
  Squamous Metaplasia of epithelium ⟶ Precancerous dysplasia

**ADENOIDS.** Hypertrophied regions of pharyngeal tonsils resulting from chronic inflammation .

Anosmia/Hyposmia

Trauma ⟶ severance of olfactory axons

Intranasal drug usage & Toxic fumes ⟶ Damage to olfactory epithelium

- High regenerative activity of olfactory neurons ⟶ Loss of smell  (Temporary)

Sinusitis (Inflammatory process)   May run chronic from obstruction to drainage openings
(Bronchitis)

**Primary cilia dyskinesia**

Inherited genetic disorder ⟶ Defective ciliary action

Laryngitis

Inflammation plus edema in lamina propria     Hoarseness/complete voice loss

Croup   (Children) Inflammation + edema,    With cough and hoarseness     Loud and harsh

Singers nodules (Benign reactive polyps)

   Located  . Frequent stratified squamous epithelium on VC      -Voice change

Medical application 2.

Cough – productive or dry
- Viral infection    irritation of mucosa

Phlegm. Persistent **dry cough**, no mucus produced.

Bronchioles  Air passages affected most often, especially in children
Bronchiolitis ⟶ Obliterative if chronic
        (Measles, adenoviruses)

Lung cancer  Affects epithelium lining mostly large
                bronchi.

**Asthma .** Bronchospasm affecting smooth muscles in bronchiole

Specific antigens trigger mast cells degranulation
MX-Sympathomimetics

**ARDS or Diffuse alveolar damage**  Injuries to the alveolar epithelial and the capillary endothelial cells.
(Viral⟶Bacteria⟶Inhalation of toxic gases ⟶Air with excessive O2
**Fat embolism syndrome-**  Adipocytes  enters lung during surgery ⟶Circulates ⟶blocks capillary bed

ATELECTASIS

Excess mucus or aspirated material ──→ Obstruction of air supply ──→ Collapse of pulm.

Lobules ──→ Circulating blood absorbs gases from affected alveoli

(Mendelson's Syndrome)

Cystic fibrosis (*CF* )     Defective protein known as CFTR.

A Defective gene ──→ Causes a thick, buildup of mucus in the lungs, pancreas and other organs.

In the lungs, the mucus clogs the airways ──→ Traps bacteria ──→ infections ──→ extensive lung

damage , eventually ──→ respiratory failure.

CF - Autosomal recessive ──→ mutations in both copies of the gene for the cystic fibrosis transmembrane conductance regulator (CFTR) protein.

Diagnosis :  Very salty-tasting skin
              Genetic testing.

PLEURISY-    Inflammation of parietal pleura
PNEUMONIA –Inflammation in respiratory regions