## Anatomy Faculty
Alice L. Walton School of Medicine
Bentonville, Arkansas, United States
(On-Site)

Posted 16 days ago

Job Function
Anatomy Faculty

**Description**



**Anatomy Faculty**

Full Time
JR1716

Alice L. Walton School of Medicine (AWSOM) is seeking experienced, motivated, and dedicated leaders and educators to participate in the design and delivery of an innovative four-year medical school curriculum that engages medical students in active and novel learning.

**Job Description:**

**Job Title:** Foundational Sciences Educator, Anatomy

**Reports to:** Associate Dean Curricular Affairs

**FLSA Classification:** Exempt

**Location:** Bentonville, Arkansas (On-site)

**Who We Are**

**About The Position**

This foundational sciences educator will work in the discipline of Anatomy. This individual will work as part of an interdisciplinary team to ensure students receive broad-based training experience. Foundational sciences are interwoven throughout all four years of the curriculum. The ideal candidate will have a history of teaching excellence in medical education and work well with colleagues across the respective and relevant phases. This position will collaborate with other clinical and basic science faculty for the development of clinical cases to emphasize basic science foundational concepts and will participate in the development and review of formative and summative assessment items. The ideal candidate should have experience in multiple disciplines with clinical relevance including:

- Gross Anatomy
- Embryology
- Neuroanatomy

**Qualifications and Requirements**

- Doctoral degree (MD, DO, PhD, MD/PhD, or equivalent) with specific training/experience in Gross Anatomy or a closely related field.
- Experience designing, developing and delivering content related to anatomical sciences in higher education

Assistant Professor-Department of Anatomy and Neurobiology (F73490,F73480,F73500,F78660)
Virginia Commonwealth University
Richmond, Virginia, United States
(On-Site)



Assistant Professor-Department of Anatomy and Neurobiology (F73490,F73480,F73500,F78660)
Virginia Commonwealth University
Richmond, Virginia, United States
(On-Site)

Posted 30+ days ago

Teaching

The candidate is also expected to support departmental teaching activities. Principal among these will be the training of MS and PhD students and postdoctoral scholars in research methods and scientific writing. Applicants will also be asked to participate in graduate courses for students in the Neuroscience PhD program and in other MS and PhD programs throughout the School of Medicine. Depending on their expertise, applicants may also participate in lectures and laboratory sessions offered in the

department's programs in professional and graduate education.

Service

Service to the department, the school, the university, and the profession is expected of all faculty members and is valued.

**Required Qualifications:**

- **Ph.D. and/or M.D. or DDS degree or equivalent in neuroscience or a related field**
- Minimum of 2 years of experience in a postdoctoral position, or the equivalent
- A record of publications in well-regarded, peer-reviewed journals within the field of expertise, including publication(s) as first author
- A record of presentations at conferences appropriate for the area of expertise
- Demonstrated experience working in and fostering a diverse faculty, staff, and student environment or commitment to do so as a faculty member at VCU