# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLUTAYO ARIYO,<br>*Plaintiff, pro se,* | : <br> : <br> : | CIVIL ACTION <br><br> NO. 23-2835 |
| v. | : <br> : | |
| THOMAS JEFFERSON<br>UNIVERSITY MEDICAL<br>COLLEGE,<br>*Defendant.* | : <br> : <br> : <br> : | |

## ORDER

**AND NOW**, this 26th day of February 2026, upon consideration of Defendant Thomas Jefferson University Medical College's, ("Defendant"), *motion for summary judgment*, (ECF 38), a statement of undisputed facts from Defendant and exhibits attached thereto, (ECF 38-1, 38-2), Plaintiff's response in opposition and exhibits attached thereto, (ECF 41, 42, 49, 50, 51, 52, 54), and Defendant's reply in further support of the motion, (ECF 48), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion:

1. Defendant's motion for summary judgment, (ECF 38), is **GRANTED**;

2. Plaintiff's motions not to grant Defendant's motion for summary judgment, (ECF 41, 42) are **DENIED**; and

3. Defendant's motion to strike Plaintiff's filings, (ECF 53), is **DENIED**, as moot, in light of the accompanying Memorandum Opinion and the first two holdings herein.

As no Count in the operative complaint survives this Order, the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

1